In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Real Property Required for the Opening and Extending of 80th Street (Weisse Avenue-Dry Harbor Road) from Grand Avenue (Street) to Metropolitan Avenue, in the Borough of Queens, City of New York. ISABELLE REALTY COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the

Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.